CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 21 2011

JULIA C. DUDLEY, CLERK
BY: /s/
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| QUENTIN MCLEAN, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:11cv00597 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| Dr. MCBRIDE, *et al.*, | ) | By: Samuel G. Wilson |
|     Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that McLean's complaint is hereby **DISMISSED without prejudice** pursuant to 28 U.S.C. §1915(g); his motion to proceed *in forma pauperis* is **DENIED as MOOT**; and this case is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to a send certified copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 21st day of December, 2011.

                                                               /s/
                                                           UNITED STATES DISTRICT JUDGE